UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PRINCE ONYEOZIRI ODINAKACHI,<br>  a/k/a "Prince Sammy,"<br>  a/k/a "Sammy Sam,"<br><br>Defendant | Criminal No.   24cr10028<br><br>Violation:<br><br>Count One: Conspiracy to Obtain Unauthorized Access to Protected Computers to Obtain Information, to Obtain Unauthorized Access to Protected Computers in Furtherance of Fraud, and to Cause Unauthorized Damage to Protected Computers<br>(18 U.S.C. § 371)<br><br>Forfeiture Allegation:<br>(18 U.S.C. §§ 982(a)(2)(B) and 1030(i)) |

INDICTMENT

At all times relevant to this Indictment:

General Allegations

1. Warzone RAT was a type of malware known as a "remote access trojan." It enabled remote access to victim computer networks for malicious purposes. Individuals who wanted to use the Warzone RAT could purchase software (the "Warzone RAT Software") that generated custom Warzone RAT files for use in attacking victims' computers.

2. Defendant PRINCE ONYEOZIRI ODINAKACHI lived in Nigeria. Using the aliases "Prince Sammy" and "Sammy Sam," ODINAKACHI provided online customer support to individuals who purchased and used the Warzone RAT.

1

3. Coconspirator 1 ("CC-1") was the principal administrator of the Warzone RAT and ODINAKACHI's boss. CC-1 sold the Warzone RAT on a subscription basis at the website warzone[.]ws.

## Overview of the Conspiracy

4. From in or about June 2019 through no earlier than in or about March 2023, ODINAKACHI conspired with CC-1 and others known and unknown to the Grand Jury to aid and abet individuals who purchased and intended to use the Warzone RAT to gain unauthorized access to victims' computer networks, to damage those networks by installing malware to maintain that unauthorized access, and to obtain information via malicious activities, including by browsing the victims' file systems, recording keystrokes, stealing usernames and passwords, and executing commands, all without the victims' knowledge or permission.

## Objects and Purpose of the Conspiracy

5. The object of the conspiracy was for the defendant and his coconspirators to aid and abet: (i) unauthorized access to protected computers to obtain information, in violation of Title 18, United States Code, Sections 1030(a)(2)(C) and (c)(2)(B)(i) and (iii), and Title 18, United States Code, Section 2(a); (ii) unauthorized access to protected computers in furtherance of fraud, in violation of Title 18, United States Code, Section 1030(a)(4), and Title 18, United States Code, Section 2(a); and (iii) the infliction of unauthorized damage to protected computers, in violation of Title 18, United States Code, Sections 1030(a)(5)(A) and (c)(4)(B)(i), and Title 18, United

States Code, Section 2(a).  The principal purpose of the conspiracy was to profit by selling the Warzone RAT Software that enabled purchasers to use the Warzone RAT for malicious purposes.

Manner and Means of the Conspiracy

6. Among the manner and means by which ODINAKACHI, CC-1, and coconspirators known and unknown to the Grand Jury carried out the conspiracy were the following:

   a. Offering for sale and selling the Warzone Rat Software that enabled purchasers the ability to use the Warzone RAT to obtain and maintain remote access to victims' computers for malicious purposes;

   b. Offering for sale separate specialized encryption software known as a crypter to make the Warzone RAT undetectable by antivirus software; and

   c. Providing customer support to prospective and actual purchasers of the Warzone RAT Software who sought to use the Warzone RAT and crypter software for malicious purposes.

7. In this fashion, between in or about June 2019 and in or about March 2023, ODINAKACHI, CC-1, and their coconspirators sold the Warzone RAT Software to thousands of unique purchasers from around the world, including from the District of Massachusetts.

Overt Acts in Furtherance of the Conspiracy

8. Between in or about June 2019 through no earlier than in or about March 2023, ODINAKACHI, CC-1, and coconspirators known and unknown to the Grand Jury committed and caused to be committed the following overt acts, among others, in furtherance of the conspiracy:

a. On or about July 3, 2019, in response to a customer support question asking whether "WARZONE RAT pass[es] anti-virus software," ODINAKACHI responded "Warzone can buy pass [sic] anti virus but file needs to be crypter." ODINAKACHI added "for best results[,] [use] WARZONE RAT + WARZONE CRYPTER."

b. On or about July 11, 2019, in response to a customer support message complaining that the user had been unable to successfully use the "exploit," ODINAKACHI responded that "This is one of the best exploits in the market" and that an updated version would be released within days.

c. On or about November 29, 2019, in response to a customer support question asking whether the user could stop a "victim" from "remov[ing] the RAT," ODINAKACHI responded "You cant stop the victim from removing it mate." ODINAKACHI provided the user additional advice regarding the use of other crypters with the Warzone RAT.

d. On or about January 13, 2020, ODINAKACHI sent a chat message to CC-1, copying a message from a purchaser of three "starter packs" of the Warzone RAT Software who reported having trouble activating the software. CC-1 responded that s/he would "check it."

e. On or about January 29, 2020, CC-1 caused Bitcoin worth approximately $750 to be sent to a Bitcoin wallet owned by ODINAKACHI and separately advised ODINAKACHI that CC-1 would pay ODINAKACHI on a weekly basis moving forward.

f. On or about February 18, 2020, CC-1 sent an email to a prospective purchaser of the Warzone RAT Software, advising the prospective purchaser that CC-1 had prepared an invoice for a purchase of the Warzone RAT Software. The prospective purchaser

had advised CC-1 via email on or about February 15, 2020, that the prospective purchaser planned to use the Warzone RAT for a "target job" aimed at "Certified public accountant who files [sic] individual tax returns." The prospective purchaser further advised CC-1 that s/he wanted "to be able to access the client PC to bring out the Tax return PDF info" and "also to be able to use CLIENT PC to submit some files." The prospective purchaser later purchased the Warzone RAT Software and used Warzone RAT to attack multiple computers in Massachusetts.

g. Between on or about February 20 and February 22, 2020, CC-1 caused Bitcoin worth approximately $300 to be sent to a Bitcoin wallet owned by ODINAKACHI after ODINAKACHI sent a chat message with a request for his "pay."

h. On or about May 25, 2020, ODINAKACHI provided customer support to an individual who had purchased a three-month Warzone RAT subscription using an IP address from Massachusetts. Specifically, ODINAKACHI provided advice as to how to activate the Warzone RAT Software.

i. On or about May 26, 2020, in response to a customer support question asking "How to install the rat on to a targets [sic] computer" and "Do I need to bind this with something else like a fake application or something," ODINAKACHI responded "You can use our exploit in sending (spam) to Target PC."

j. On or about July 17, 2020, ODINAKACHI emailed an undercover member of federal law enforcement in the Eastern District of Wisconsin (the "Undercover Investigator") to advise the Undercover Investigator that a license associated with his/her computer "has been activated" and "You may now run WARZONE RAT." The Undercover Investigator had

5

purchased the Warzone RAT software earlier in July and had sought support when the software license had not activated.

      k.      On or about April 18, 2021, ODINAKACHI emailed CC-1, requesting that CC-1 provide the "best settings to enable the RAT if one is crypting with Warzone Crypter."

      l.      On or about June 1, 2022, ODINAKACHI emailed CC-1, requesting that CC-1 join him on an encrypted messaging application to discuss customer complaints about a "bug" in a new version of Warzone RAT, which updated version CC-1 had announced the day before.

[REMAINDER OF PAGE INTENTIONALLY BLANK]

COUNT ONE
Conspiracy to Obtain Unauthorized Access to Protected Computers to Obtain Information, to Obtain Unauthorized Access to Protected Computers in Furtherance of Fraud, and to Cause Unauthorized Damage to Protected Computers
(18 U.S.C. § 371)

The Grand Jury charges:

9. The Grand Jury re-alleges and incorporates by reference paragraphs 1 through 8(l) of this Indictment.

10. From in or about June 2019 through in or about March 2023, in the District of Massachusetts, the Eastern District of Wisconsin, and elsewhere, the defendant,

PRINCE ONYEOZIRI ODINAKACHI,
a/k/a "Prince Sammy,"
a/k/a "Sammy Sam,"

conspired with CC-1 and others known and unknown to the Grand Jury to commit offenses against the United States, to wit:

a. aiding and abetting unauthorized access to protected computers to obtain information, in violation of Title 18, United States Code, Sections 1030(a)(2)(C) and (c)(2)(B)(i) and (iii), and Title 18, United States Code, Section 2(a), that is, aiding and abetting others to intentionally access a protected computer without authorization to obtain information for purposes of private financial gain, and the value of which exceeded $5,000;

b. aiding and abetting unauthorized access to protected computers in furtherance of fraud, in violation of Title 18, United States Code, Section 1030(a)(4), and Title 18, United States Code, Section 2(a), that is, aiding and abetting others to knowingly access a protected

7

computer without authorization, with intent to defraud, and by means of such conduct to further the intended fraud and obtain a thing of value; and

    c.  aiding and abetting unauthorized damage to protected computers, in violation of Title 18, United States Code, Sections 1030(a)(5)(A) and (c)(4)(B)(i), and Title 18, United States Code, Section 2(a), that is, aiding and abetting others to knowingly cause the transmission of a program, information, code, and command, and as a result of such conduct, intentionally cause damage without authorization to ten or more protected computers during a one year period.

  All in violation of Title 18, United States Code, Section 371.

## FORFEITURE ALLEGATION
(18 U.S.C. §§ 982(a)(2)(B) and 1030(i))

11. Upon conviction of the offense set forth in Count One, in violation of Title 18, United States Code, Section 371, the defendant,

PRINCE ONYEOZIRI ODINAKACHI,
a/k/a "Prince Sammy,"
a/k/a "Sammy Sam,"

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(2)(B) and 1030(i), any property constituting or derived from any proceeds obtained, directly or indirectly, as a result of such offenses; and, pursuant to Title 18, United States Code Section 1030(i), any personal property used, or intended to be used, to commit, or to facilitate the commission of, such offenses and any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of such offenses.

12. If any of the property described in Paragraph 11, above, as being forfeitable pursuant to Title 18, United States Code, Sections 982(a)(2)(B) and 1030(i), as a result of any act or omission of the defendant --

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 18, United States Code, Sections 982(b)(2)

and 1030(i)(2), each incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 11 above.

All pursuant to Title 18, United States Code, Sections 982(a)(2)(B) and 1030(i).

A TRUE BILL

FOREPERSON

JAMES R. DRABICK
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: January _____, 2024
Returned into the District Court by the Grand Jurors and filed.

01/30/2024
DEPUTY CLERK