# Criminal Case Cover Sheet
**U.S. District Court - District of Massachusetts**

**Place of Offense:** Massachusetts  
**Category No.** I  
**Investigating Agency:** FBI  
**City:** Chelsea, Medway, et al.  
**County:** Suffolk, Norfolk, et al.

**Related Case Information:**
- Superseding Ind./ Inf.: _____
- Case No.: _____
- Same Defendant: _____
- New Defendant: X
- Magistrate Judge Case Number: 20mj1234-DLC, et al. (see below)
- Search Warrant Case Number: _____
- R 20/R 40 from District of: _____
- Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number 22cr10163-IT (Sealed) — ☑ Yes ☐ No

## Defendant Information:
- **Defendant Name:** Prince Onyeoziri Odinakachi
- **Juvenile:** ☐ Yes ☑ No
- **Is this person an attorney and/or a member of any state/federal bar:** ☐ Yes ☑ No
- **Alias Name:** Prince Sammy, Sammy Sam
- **Address:** Nigeria
- **Birth date (Yr only):** 1992
- **SSN (last 4#):** _____
- **Sex:** M
- **Race:** _____
- **Nationality:** Nigerian
- **Defense Counsel if known:** _____
- **Address:** _____
- **Bar Number:** _____

## U.S. Attorney Information
- **AUSA:** James R. Drabick
- **Bar Number if applicable:** 667460
- **Interpreter:** ☐ Yes ☑ No   List language and/or dialect: _____
- **Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No
- **Matter to be SEALED:** ☑ Yes ☐ No
- ☑ Warrant Requested   ☐ Regular Process   ☐ In Custody
- **Location Status:** Located abroad
- **Arrest Date:** N/A

☐ Already in Federal Custody as of _____ in _____.  
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial  
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment  
**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 1/30/2024   **Signature of AUSA:** _[signature]_

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Paul Sexton

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 371 | Conspiracy to Obtain Unauthorized Access to Protected Computers to Obtain Information, et al. | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

Additional Magistrate Case Numbers:
20mj1235-1236-DLC
20mj1421-1428-DLC
21mj1350-1375-DLC